IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0706
 ((((((((((((((((

 In Re Texas Tornado Hockey Club, L.P. And Schlegel Sports & Entertainment
 Group, LLC

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion for emergency stay, filed on August 24, 2009, is
granted in part. The orders dated June 16, 2009 and July 2, 2009, in Cause
No. 366-01125-2008, styled Lynn Wittenburg v. Texas Tornado Hockey Club,
L.P. and Schlegel Sports & Entertainment Group, LLC, in the 366th District
Court of Collin County, Texas, are stayed pending further order of this
Court.
 2. This case is ABATED pursuant to Texas Rule of Appellate
Procedure 7.2.
 3. This case is removed from the Court's active docket until
further order of this Court. The parties shall immediately notify this
Court of all events affecting the status of this case, including when the
successor judge has ruled in accordance with Texas Rule of Appellate
Procedure 7.2(b). The parties shall file either a status report or a
motion to dismiss by November 3, 2009.

 Done at the City of Austin, this 4th day of September 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk